# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3375
_____

STEVEN M. AITKEN,

   Petitioner,

   v.

R. QUINN, Warden of Santa Rosa
Correctional Inst., et al.,

   Respondents.

_____

Petition for Writ of Mandamus—Original Proceedings.

July 8, 2026

PER CURIAM.

   As the circuit court has directed a response from the Department of Corrections and has set an evidentiary hearing on the petition for writ of habeas corpus, the Court denies the petition for writ of mandamus. *See Munn v. Fla. Parole Comm'n*, 807 So. 2d 733 (Fla. 1st DCA 2002).

ROBERTS, M.K. THOMAS, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Steven M. Aitken, pro se, Petitioner.

Kelly R. Forren, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Richard Comerford, Secretary, Florida Department of Corrections. No appearance for R. Quinn.